UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TERRY D. DIXON,<br><br>                Petitioner,<br>    v.<br>RENEE BAKER, et al.,<br><br>                Respondents. | Case No. 3:13-cv-00248-RCJ-WGC<br><br>ORDER |

This counseled § 2254 habeas corpus petition brought by Terry D. Dixon is currently stayed (see ECF No. 39). Dixon has filed a motion for clarification (ECF No. 40). The Federal Public Defender explains that he is drafting an amended petition and also evaluating whether additional state-court proceedings are necessary. Good cause appearing, the motion is granted.

**IT IS THEREFORE ORDERED** that petitioner's motion for clarification (ECF No. 40) is **GRANTED**. Petitioner SHALL FILE a status report within **sixty (60) days** of the entry of this order. The status report will either notify the court that petitioner has timely instituted new state court proceedings or has determined that additional state court proceedings are unnecessary. If petitioner decides not to pursue additional state-court remedies, he shall file a motion to reopen this case and for leave to file a counseled, second-amended petition, if any.

DATED: 2 July 2018.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE

1