UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| TERRY D. DIXON, | Case No. 3:13-cv-00248-RCJ-WGC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| RENEE BAKER, et al., | |
| Respondents. | |

This counseled § 2254 habeas corpus petition brought by Terry D. Dixon is currently stayed (*see* ECF No. 39). Before the court are Dixon's second and third motions for extension of time to file his status report (ECF Nos. 44, 46). Good cause appearing,

**IT IS ORDERED** that petitioner's second and third motions for extension of time (ECF Nos. 44, 46) are both **GRANTED**. Petitioner SHALL FILE the status report on or before February 19, 2019.

DATED: 29 January 2019.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE