UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TERRY D. DIXON,<br><br>                Petitioner,<br>v.<br><br>RENEE BAKER, et al.,<br><br>                Respondents. | Case No. 3:13-cv-00248-RCJ-WGC<br><br>ORDER |

This counseled § 2254 habeas corpus petition brought by Terry D. Dixon is currently stayed (*see* ECF No. 39). Before the court is Dixon's unopposed fourth motion for extension of time to file his status report (ECF No. 49). Good cause appearing,

**IT IS ORDERED** that petitioner's fourth motion for extension of time (ECF No. 49) is **GRANTED**. Petitioner SHALL FILE the status report on or before February 26, 2019.

DATED: 25 February 2019.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE

1