Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Emma L. Smith
Assistant Federal Public Defender
Illinois State Bar No. 6317192
411 E. Bonneville Ave. Suite 250
Las Vegas, Nevada 89101
(702) 388-6577
Emma_Smith@fd.org

*Attorney for Petitioner Terry Dixon

# United States District Court
## District of Nevada

| | |
|---|---|
| Terry D. Dixon, | |
| Petitioner, | Case No. 3:13-cv-00248-RCJ-WGC |
| v. | **Order Granting Unopposed motion for extension of time in which to file second amended petition (ECF No. 59)** |
| Renee Baker, et al., | |
| Respondents. | **(Second request)** |

Following state court proceedings, this Court reopened this case and allowed Terry Dixon to file a second amended petition. Mr. Dixon moves this Court for an extension of time of 75 days, from April 23, 2021, up to and including July 8, 2021, in which to file the second amended petition. Respondents, by Senior Deputy Attorney General Jessica Perlick, do not object to this request, though their non-objection does not constitute a waiver of any procedural defenses Respondents may wish to raise in response to the second amended petition including, but not limited to, timeliness, procedural default, and questions of exhaustion. This is Mr. Dixon's second request for an extension.

Counsel respectfully suggests additional time remains necessary to properly prepare the petition. Undersigned counsel returned from maternity leave on March 15, 2021. Since her return, counsel has been diligently working on getting up to speed on her cases, including Mr. Dixon's. In addition to filings completed since her return, in the next few weeks counsel has deadlines for two reply briefs in the Ninth Circuit and an opening brief in the Nevada Supreme Court.

The additional period of time is necessary in order to effectively represent Mr. Dixon. This motion is filed in the interests of justice and not for the purposes of unnecessary delay.

Petitioner respectfully requests this Court grant the request for an extension of time of 75 days and order the second amended petition be filed by July 8, 2021.

Dated April 21, 2021.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Emma L. Smith*
Emma L. Smith
Assistant Federal Public Defender

IT IS SO ORDERED:

_____
United States District Judge

Dated: April 28, 2021.