**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TERRY D. DIXON,<br><br>    Petitioner,<br><br> vs.<br><br>RENEE BAKER, *et al.*,<br><br>    Respondents. | Case No. 3:13-cv-00248-RJC-WGC<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE TO MOTION FOR DISCOVERY (ECF NO. 62)**<br><br>**(FIRST REQUEST)** |

Respondents move this Court for an enlargement of time of one week from the current due date of July 22, 2021, up to an including July 29, 2021, in which to file their response to Dixon's motion for discovery (ECF No. 62). This Motion is made pursuant to Fed. R. Civ. P. 6(b) and Rule 6-1 of the Local Rules of Practice and is based upon the attached declaration of counsel. This is the first enlargement of time sought by Respondents to file the response, and the request is brought in good faith and not for the purpose of delay.

    DATED July 22, 2021.

                                        Submitted by:

                                        AARON D. FORD
                                        Attorney General

                                        By:    /s/ Jessica Perlick
                                            Jessica Perlick (Bar. No. 13218)
                                            Senior Deputy Attorney General

# **DECLARATION OF JESSICA PERLICK**

STATE OF NEVADA     )
                    ) ss:
COUNTY OF CLARK     )

I, JESSICA PERLICK, being first duly sworn under oath, deposes and states as follows:

1. I am an attorney licensed to practice law in all courts within the State of Nevada and am employed as a Senior Deputy Attorney General in the Office of the Nevada Attorney General. I have been assigned to represent Respondents in *Terry D. Dixon v. Renee Baker, et al.*, Case No. 3:13-cv-00248-RJC-WGC, and as such, have personal knowledge of the matters contained herein.

2. The deadline to file Respondents' response to Dixon's motion for discovery (ECF No. 62) is July 22, 2021.

3. I have been unable with due diligence to complete the response herein. When Dixon filed his motion, I was working through administrative tasks related to the internal transfer of a colleague, including participation in interviews for the open position over the course of the last week. During this time, I have also been working on a supplemental answer in *Bollinger v. Gittere*, 2:98-cv-01263 (capital case); and a response to a petition in *Elliott v. Russell*, 3:20-cv-00529.

4. Additionally, my supervisor went on medical leave yesterday, and I am assisting with coverage in her absence. After receiving an adverse order in a colleague's case, this coverage included coordinating our internal procedures, which takes significant time and attention. As a result, I was unable to complete the response to Dixon's motion for discovery, and respectfully request a brief extension in which to do so.

5. I have communicated with counsel for Dixon, and she indicated that she does not object to this brief extension.

6. For the foregoing reasons, I respectfully request an enlargement of time of one week, up to an including July 29, 2021, in which to file the response to Dixon's motion for discovery (ECF No. 62).

Executed on July 22, 2021.

IT IS SO ORDERED.

_____
ROBERT C. JONES
United States District Judge

DATED:  July 26, 2021.

_____/s/ Jessica Perlick_____
Jessica Perlick (Bar No. 13218)
Senior Deputy Attorney General

Page **2** of **3**