UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TERRY D. DIXON,<br><br>              Petitioner,<br><br>vs.<br><br>RENEE BAKER, et al.,<br><br>              Respondents. | Case No. 3:13-cv-00248-RJC-WGC<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE TO SECOND AMENDED PETITION (ECF NO. 61)**<br><br>**(FIRST REQUEST)** |

Respondents move this Court for an enlargement of time of 30 days from the current due date of October 6, 2021, up to an including November 5, 2021, in which to file their response to Terry Dixon's Second Amended Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 (ECF No. 61). This Motion is made pursuant to Fed. R. Civ. P. 6(b) and Rule 6-1 of the Local Rules of Practice and is based upon the attached declaration of counsel. This is the first enlargement of time sought by Respondents to file the response, and the request is brought in good faith and not for the purpose of delay.

**ORDER**

**IT IS SO ORDERED.**

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE

DATED: October 5, 2021.