UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TERRY D. DIXON,<br><br>    Petitioner,<br><br>vs.<br><br>RENEE BAKER, et al.,<br><br>    Respondents. | Case No. 3:13-cv-00248-RCJ-WGC<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE TO MOTION FOR EVIDENTIARY HEARING**<br>**(ECF NO. 90)**<br><br>**(FIRST REQUEST)** |

Respondents move this Court for an enlargement of time of 54 days from the current due date of January 3, 2022, up to an including February 25, 2022, in which to file their response to the motion for evidentiary hearing (ECF No. 90). This Motion is made pursuant to Fed. R. Civ. P. 6(b) and Rule 6-1 of the Local Rules of Practice and is based upon the attached declaration of counsel. This is the first enlargement of time sought by Respondents to file the response, and the request is brought in good faith and not for the purpose of delay.

DATED December 27, 2021.

Submitted by:

AARON D. FORD
Attorney General

By: /s/ Jessica Perlick
    Jessica Perlick (Bar. No. 13218)
    Senior Deputy Attorney General

**DECLARATION OF JESSICA PERLICK**

STATE OF NEVADA    )
                                  ) ss:
COUNTY OF CLARK  )

I, JESSICA PERLICK, being first duly sworn under oath, deposes and states as follows:

1. I am an attorney licensed to practice law in all courts within the State of Nevada and am employed as a Senior Deputy Attorney General in the Office of the Nevada Attorney General. I have been assigned to represent Respondents in *Terry D. Dixon v. Renee Baker, et al.*, Case No. 3:13-cv-00248-RCJ-WGC, and as such, have personal knowledge of the matters contained herein.

2. This motion is made in good faith and not for the purposes of delay.

3. The deadline to file the response to Dixon's motion for evidentiary hearing (ECF No. 90) is January 3, 2022.

4. The Court's scheduling order instructed that any deadlines associated with motions would be set by the local rules. ECF No. 56 at 2. Local Rule LR 7-2(b) sets a deadline of 14 days following service of a motion in which to file a response. Dixon filed his motion on December 20, 2021 (ECF No. 90), thus setting Respondents' opposition deadline as January 3, 2022.

5. I am unable with due diligence to complete the response herein. When Dixon filed his motion on December 20, 2021, it was just days before office and court closures for the holiday. During that week I was already working to complete a reply brief in *Murray v. Howell*, 21-15104, and providing coverage during colleagues' annual leave. And there are additional office and court closures this week in the lead-up to the actual response deadline of January 3, 2022, further impacting the time in which I have to work on the response.

6. In addition to his motion, Dixon filed an opposition to Respondents' motion to dismiss on the same day. ECF No. 89. The deadline for Respondents' reply is currently December 27, 2021. Undersigned counsel is filing a separate request for additional time to file the reply and is seeking to have both the reply and opposition deadline set for the same new date.

7. I am specifically requesting 54 days from the current opposition deadline to account for not only the brief in *Murray*, but an existing, already-extended deadline I must prioritize in *Guy v. Baca*, 2:11-cv-01809, which is a former capital case in which all procedural defenses and related analyses have

been deferred to the answer. I am also working to account for other existing deadlines in January, including responses in *Shue v. Johnson*, 2:20-cv-02025; *Guevara-Pontifes v. Baker*, 3:20-cv-00652; and *Palmer v. Gittere*, 3:18-cv-00245; and an answering brief in *Conners v. Hutchings*, 21-15693. Finally, 54 days will set the new deadline on the same date as the requested deadline to file the reply in support of Respondents' motion to dismiss.

8. I have communicated with counsel for Dixon regarding these issues, and she indicated that she does not object to this extension.

9. For the foregoing reasons, I respectfully request an enlargement of time of 54 days, up to and including February 25, 2022, in which to file the opposition to Dixon's motion for evidentiary hearing.

Executed on December 27, 2021.

/s/ Jessica Perlick
Jessica Perlick (Bar No. 13218)

IT IS SO ORDERED.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE

DATED:  NUNC PRO TUNC:  December 27, 2021.