UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TERRY D. DIXON,<br><br>               Petitioner,<br><br>vs.<br><br>RENEE BAKER, et al.,<br><br>               Respondents. | Case No. 3:13-cv-00248-RJC-CSD<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE TO MOTION FOR EVIDENTIARY HEARING**<br>**(ECF NO. 90)**<br><br>**(SECOND REQUEST)** |

    Respondents move this Court for an enlargement of time of 14 days from the current due date of February 25, 2022, up to an including March 11, 2022, in which to file their response to the motion for evidentiary hearing (ECF No. 90). This Motion is made pursuant to Fed. R. Civ. P. 6(b) and Rule 6-1 of the Local Rules of Practice and is based upon the attached declaration of counsel. This is the second enlargement of time sought by Respondents to file the response, and the request is brought in good faith and not for the purpose of delay.

    DATED February 25, 2022

                                                                           Submitted by:

                                                                          AARON D. FORD
                                                                          Attorney General

                                                                          By: /s/ Jessica Perlick
                                                                                Jessica Perlick (Bar. No. 13218)
                                                                                Senior Deputy Attorney General

**DECLARATION OF JESSICA PERLICK**

STATE OF NEVADA   )
                  ) ss:
COUNTY OF CLARK   )

I, JESSICA PERLICK, being first duly sworn under oath, deposes and states as follows:

1. I am an attorney licensed to practice law in all courts within the State of Nevada and am employed as a Senior Deputy Attorney General in the Office of the Nevada Attorney General. I have been assigned to represent Respondents in *Terry D. Dixon v. Renee Baker, et al.*, Case No. 3:13-cv-00248-RJC-CSD, and as such, have personal knowledge of the matters contained herein.

2. This motion is made in good faith and not for the purposes of delay.

3. The deadline to file the response to Dixon's motion for evidentiary hearing (ECF No. 90) is February 25, 2022.

4. I previously requested an extension for this response, as well as a reply in support of the motion to dismiss Dixon's amended petition, to account for already-existing deadlines including a reply brief in *Murray v. Howell*, 21-15104, responses in *Shue v. Johnson*, 2:20-cv-02025; *Guevara-Pontifes v. Baker*, 3:20-cv-00652; and *Palmer v. Gittere*, 3:18-cv-00245; and an answering brief in *Conners v. Hutchings*, 21-15693; as well as the time needed to provide coverage during colleagues' annual leave.

5. I have been unable with due diligence to complete the response herein. In my previous request, I referenced the need to prioritize an answer in *Guy v. Baca*, 2:11-cv-01809, which is unfortunately still in progress. In January I was dealing with a health issue that was impacting my work. Although I have since recovered, I am still working to catch up on outstanding deadlines that were impacted, including the answer in *Guy*.

6. Finally, in addition to working to catch up on everything impacted by the health issues in January, last week I had oral argument in *Murray v. Howell*, 21-15104, so I also spent significant time preparing for that.

7. I have communicated with counsel for Dixon regarding this request, and she indicated that she does not object to this extension.

8. I am filing a separate request for additional time to file the reply in support of the motion to dismiss (ECF No. 71), seeking the same 14-day extension.

9. For the foregoing reasons, I respectfully request an enlargement of time of 14 days, up to and including March 11, 2022, in which to file the response to the motion for evidentiary hearing.

Executed on February 25, 2022.

/s/ Jessica Perlick
Jessica Perlick (Bar No. 13218)

**IT IS SO ORDERED**:

_____
UNITED STATES DISTRICT JUDGE

Dated: March 1, 2022.