UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TERRY D. DIXON,<br><br>        Petitioner,<br>v.<br><br>RENEE BAKER, et al.,<br><br>        Respondents. | Case No. 3:13-cv-00248-RCJ-CSD<br><br>ORDER |

Terry D. Dixon's § 2254 habeas corpus petition is before the court on several unopposed motions for extension of time. Good cause appearing,

**IT IS ORDERED** that respondents' third motion for extension of time to file a response to petitioner's motion for evidentiary hearing (ECF No. 101) is **GRANTED** *nunc pro tunc*.

**IT IS FURTHER ORDERED** that respondents' fourth motion for extension of time to file a response to petitioner's motion for evidentiary hearing (ECF No. 103) is **GRANTED**. The deadline to respond to the motion for evidentiary hearing is **April 1, 2022**.

**IT IS FURTHER ORDERED** respondents' third motion for extension of time to file a reply in support of the motion to dismiss (ECF No. 102) is **GRANTED** *nunc pro tunc*.

1

**IT IS FURTHER ORDERED** that respondents' fourth motion for extension of time to file a reply in support of the motion to dismiss (ECF No. 104) is **GRANTED**. The deadline to file the reply is **April 1, 2022**.

DATED: 28 March 2022.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE