UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TERRY D. DIXON,<br><br>                        Petitioner,<br>     v.<br>RENEE BAKER, et al.,<br><br>                       Respondents. | Case No. 3:13-cv-00248-RCJ-CSD<br><br>**Order Granting Extension of Time to File Answer to Petition to February 20, 2023**<br><br>**(ECF No. 114)** |

Respondents as the court for an extension of time to answer the remaining claims in Terry D. Dixon's § 2254 habeas corpus petition. (ECF No. 114.) Good cause appearing,

**IT IS ORDERED** that respondents' unopposed second motion for extension of time to answer the petition (ECF No. 114) is **GRANTED. The deadline to answer is extended to February 20, 2023.**

DATED: 9 January 2023.

                                                      ROBERT C. JONES
                                                      UNITED STATES DISTRICT JUDGE