UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TERRY D. DIXON,<br><br>　　　　　Petitioner,<br>v.<br><br>RENEE BAKER, et al.,<br><br>　　　　　Respondents. | Case No. 3:13-cv-00248-RCJ-CSD<br><br>**Order Granting Extension of Time to File Answer to Petition to April 7, 2023**<br><br>**(ECF No. 116)** |

Respondents ask the court for an extension of time to answer the remaining claims in Terry D. Dixon's § 2254 habeas corpus petition. (ECF No. 116.) Counsel for respondents explains that several of the most senior and experienced members of the division have left, leaving her a heavy and complex caseload and that she has been managing an acute health condition since November 2022. Counsel for petitioner has indicated that she does not oppose the extension. Good cause appearing, the motion is granted. The court notes that, absent extraordinary circumstances, it is highly unlikely to grant any further extension.

**IT IS THEREFORE ORDERED** that respondents' third motion for extension of time to answer the petition (ECF No. 116) is **GRANTED. The deadline to answer is extended to April 7, 2023.**

DATED: 23 February 2023.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE

1