UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TERRY D. DIXON,<br><br>　　　　　　Petitioner,<br>v.<br>RENEE BAKER, et al.,<br><br>　　　　　　Respondents. | Case No. 3:13-cv-00248-RCJ-CSD<br><br>**Order Granting Extension of Time to File Reply in Support of to August 7, 2023**<br><br>(ECF No. 120) |

Petitioner Terry D. Dixon asks the court for an extension of time to file a reply in support of his amended § 2254 habeas corpus petition. (ECF No. 120.) Respondents have indicated that they do not oppose the extension. Good cause appearing,

**IT IS ORDERED** that petitioner's unopposed motion for extension of time to reply in support of the petition (ECF No. 120) is **GRANTED**. **The deadline to reply is extended to August 7, 2023.**

DATED: 11 May 2023.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE

1