1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Terry D. Dixon,

Petitioner,

v.

Renee Baker, et al.,

Respondents.

Case No. 3:13-cv-00248-ART-CSD

Order

Petitioner Terry D. Dixon, through his counsel the Federal Public Defender, has filed a Motion for Leave to File Notice of Supplemental Authority. (ECF No. 144.) Dixon argues that recent decisions by the Ninth Circuit Court of Appeals and the District of Nevada, as well as a First Circuit Court of Appeals decision, bear on whether he can overcome the procedural default of Claim 1 of his 28 U.S.C. § 2254 Habeas Corpus Petition. (*See* ECF No. 144-1.) Good cause appearing:

It is ordered that Petitioner's Motion for Leave to File Notice of Supplemental Authority (ECF No. 144) is granted. The Clerk of Court is directed to detach and file the Notice at ECF No. 144-1.

It is further ordered that Respondents have 30 days to file a response to the Notice, if any.

Dated this 10th day of October 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1