UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| Terry D. Dixon, | Case No.: 3:13-cv-00248-ART-CSD |
|---|---|
| Petitioner | Order Granting Extension of Time to File Response to Notice of Supplemental Authority to November 25, 2025 |
| v. | |
| Renee Baker, *et al.*, | |
| Respondents. | (ECF No. 148) |

Respondents ask the Court for an extension of time to file a response to 28 U.S.C. § 2254 habeas corpus petitioner Terry D. Dixon's Notice of Supplemental Authority. (ECF No. 148.) Good cause appearing,

It is ordered that Respondents' unopposed motion for extension of time to file a response to the Notice of Supplemental Authority **(ECF No. 148) is GRANTED** *nunc pro tunc*. **The deadline is extended to November 25, 2025**.

Dated this 14th day of November 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE